# SEPTEMBER, 1946

EVERETT H. GIVENS ET AL V. DUDLEY K. WOODWARD, JR., ET AL.

No. A-986. Decided September 25, 1946.
(196 S. W., 2d Series, 456.)

*Kenneth R. Lamkin,* (colored) of Austin, for relator.

PER CURIAM:

This Court is without jurisdiction to issue a writ of mandamus against the Board of Regents of the University of Texas in

an original proceeding. Malone v. Rainey, 133 Texas 622, 133 S. W. (2d) 951, and McLarty v. Bolton, 144 Texas 490, 191 S. W. (2d) 850.

The motion for leave to file the petition for writ of mandamus is therefore overruled.

Opinion delivered September 25, 1946.